UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Sue Richardson | ) | Case No. 2:06cv00096 |
| Plaintiff, | ) | Judge Sargus |
| v. | ) | |
| Hartford Life Insurance Company, *et al.* | ) | Stipulated Dismissal Entry |
| Defendant. | ) | |

Now come the parties, by and through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby dismiss this action with prejudice.

/s/Brian M. Garvine
Brian M. Garvine
Timothy S. Rankin
ONDA, LaBUHN, RANKIN & BOGGS CO., LPA
266 North Fourth Street, Suite 100
Columbus, Ohio 43215

*Trial Attorney for Plaintiff*

/s/ Nicholas W. Ferrigno, Jr.
Nicholas W. Ferrigno, Jr.
Sara E. Elrod
GREENEBAUM DOLL & MCDONALD PLLC
50 E. RiverCenter Blvd., Suite 1800
P.O. Box 2673
Covington, Kentucky 41012-2673

*Trial Attorney for Defendant*

DONE AND ORDERED this 10th day of October, 2006.

10-10-2006
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

S:\WP80\Richardson, Sue\09-28-06 stip dsms.doc